FILED
MAR 19 2008

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DAVID L. GEORGE, * CIV. 06-4263
                 *
      Plaintiff, *
                 *
  -vs-           * OPINION AND ORDER
                 *
MICHAEL J. ASTRUE, *
Commissioner of Social Security, *
                 *
      Defendant. *
                 *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This Court referred the case to United States Magistrate Judge John E. Simko for the purpose of issuing a Report and Recommendation. The Magistrate Judge has recommended that the Commissioner's denial of benefits be reversed and remanded with instructions for an award of benefits pending a determination by the Social Security Administration regarding an appropriate date of onset, pursuant to 42 U.S.C. § 405(g), sentence four.

A sentence four remand is proper when the district court makes a substantive ruling regarding the correctness of the Commissioner's decision and remands the case in accordance with such ruling. Buckner v. Apfel, 213 F.3d 1006, 1010 (8th Cir. 2000). Remand with instructions to award benefits is appropriate "only if the record overwhelmingly supports such a finding." Buckner at 1011.

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation and the record of the administrative proceedings. After having reviewed the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, it is hereby

ORDERED that:

1. The Magistrate Judge's Report and Recommendation is ADOPTED by the Court.

2. The Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case is REMANDED to the Commissioner for an award of benefits pending a determination regarding an appropriate date of onset.

Dated this 19th day of March, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:

JOSEPH HAAS, Clerk

By_____, Deputy